IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK WRIGHT,

    Petitioner,                             No. CIV S-10-2173 JAM KJN (TEMP) P

    vs.

KATHLEEN DICKINSON,

    Respondent.                           ORDER

_____/

        Petitioner is a state prisoner proceeding without counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 10, 2010, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Good cause appearing, IT IS HEREBY ORDERED that petitioner file an opposition to respondent's pending motion to dismiss within thirty days or a statement of non-opposition. Failure to comply with this order will result in a recommendation that this action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.

DATED: January 19, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

wrig2173.fta