IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK WRIGHT,

    Petitioner,                      No. CIV-S-10-2173 JAM KJN (TEMP) P

    vs.

KATHLEEN DICKINSON,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file an opposition to respondent's motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. The court's March 2, 2011 findings and recommendations are vacated;

        2. Petitioner's March 8, 2011 request for an extension of time is granted; and

        3. Petitioner is granted thirty days from the date of this order in which to file his opposition or statement of non-opposition to respondent's motion to dismiss. Failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: March 14, 2011

                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

wrig2173.111