IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK WRIGHT,

    Petitioner,                     No. CIV S-10-2173 JAM KJN (TEMP) P

    vs.

KATHLEEN DICKINSON,

    Respondent.                <u>ORDER</u>

_____/

        After further consideration of the issues raised in respondent's December 10, 2010 motion to dismiss, IT IS HEREBY ORDERED that:

        1. The court's May 12, 2011 findings and recommendations are vacated; and

        2. The court will issue an order or amended findings and recommendations with respect to the motion to dismiss shortly.

DATED: May 20, 2011

                                            /s/ Kendall J. Newman
                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE

wrig2173.vac(2)